UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-mj-00052

UNITED STATES OF AMERICA,

v.

KENNETH J. BROWN

Defendant.

---

### ORDER REMITTING SUSPENDED FINE

---

For the reasons set forth in the United States' Ex Parte Motion to Remit Suspended Fine, and good cause appearing, IT IS HEREBY ORDERED that the fine imposed on April 19, 2005 is remitted and defendant's financial obligations to the United States are deemed fully satisfied.

Done at Grand Junction, Colorado, this 9th day of March, 2009.

BY THE COURT:

LAIRD T. MILBURN
UNITED STATES MAGISTRATE JUDGE